**FILED**
Tuesday, 27 July, 2004  10:51:25 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF ILLINOIS -- SPRINGFIELD DIVISION

| | | |
|---|---|---|
| STEVE HOMAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NO. 04-3081 |
| | ) | |
| SCHNEIDER NATIONAL CARRIERS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## SCHEDULING ORDER

Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure a scheduling conference was held on July 27, 2004, with Attorneys Ralph Davis and Robert Golden.

TIME LIMITS AND SETTINGS ARE ORDERED AS FOLLOWS:

1. No motions to join other parties and to amend the pleadings to be filed after August 1, 2004.

2. August 1, 2005, to complete discovery.
   Any written discovery served subsequent to the date of this Order to be served by a date that allows the served party the full 30 days provided by the Federal Rules of Civil Procedure in which to comply before August 1, 2005 .

3. September 1, 2005, to file dispositive motions.
   No dispositive motions filed after September 1, 2005, will be considered by the Court.

4. December 16, 2005, at 11:30 a.m. for a Final Pre-trial Conference (IN PERSON). All Motions in Limine to be filed per Local Rule 16.1 (E) (8).

5. January 9, 2006 , at 9:00 a.m. for trial on the trailing trial calendar.

6.  February 1, 2005, for plaintiff to identify testifying experts and provide Rule 26 reports.

    May 16, 2005, for defendant to identify testifying experts and provide Rule 26 reports.
    (NOTE: This includes treating physicians and all other witnesses, medical and non-medical.)

NOTE:   A CONTINUANCE OF THE TRIAL DATE AND/OR FINAL PRE-TRIAL DATE, DOES NOT ALTER OR EXTEND ANY OF THE OTHER ABOVE DATES.

ANY CONFLICTS BETWEEN THE SCHEDULING ORDER AND THE PROPOSED DISCOVERY PLAN SHALL BE CONTROLLED BY THE SCHEDULING ORDER.

ENTERED:   JULY 27, 2004.

COPIES MAILED TO: All attorneys of record.

                                                s/Charles H. Evans
                                                CHARLES H. EVANS
                                         United States Magistrate Judge