IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| STEVEN HOMAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 04 3081 |
| | ) |
| SCHNEIDER NATIONAL CARRIERS, INC., | ) |
| a Nevada Corporation, | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF CHANGE OF ADDRESS

TO: JANSSEN LAW CENTER
333 Main Street
Peoria, IL 61602

Attn: Chris Doscotch

You are hereby given notice that, effective **September 24, 2004**; our new address is as follows:

**Dowd & Dowd, Ltd.**
**Attorneys at Law**
**617 West Fulton**
**Chicago, Illinois 60661**
**(312) 704-4400**
**(312) 704-4500 - Fax**

## PROOF OF SERVICE

I, a non-attorney, being first duly sworn upon oath, deposes and states that I served the attached Notice to counsel of record herein, by depositing a true and correct copy of same, First-Class Mail postage prepaid, in the U.S. Mail located at 55 West Wacker Drive, Chicago, Illinois, at or before 5:00 P.M., on September 1, 2004.

SUBSCRIBED and SWORN to
before me this 1th day of September, 2004.

NOTARY PUBLIC