**E-FILED**
Thursday, 09 September, 2004  03:11:52 PM
Clerk, U.S. District Court, ILCD

# **CERTIFICATE OF COMPLIANCE**

The undersigned certifies that a true copy of the below-listed discovery document(s) along with a copy of this notice was/were sealed in a postage prepaid envelope addressed as set forth below and deposited in the U.S. Mail or hand delivered at Peoria, Illinois on the 9th day of September, 2004.

DOCUMENT:     Rule 26(a)(1) Disclosures

TO:     Attorney Robert Golden
Dowd & Dowd
55 W. Wacker Dr. #1000
Chicago, IL 60601-1699

By: _____
JANSSEN LAW CENTER