E-FILED
Thursday, 09 September, 2004  04:24:11 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| STEVE HOMAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 04-3081 |
| ) | JURY DEMAND |
| SCHNEIDER NATIONAL CARRIERS, ) | |
| INC., a Nevada Corporation, ) | |
| ) | |
| Defendant. ) | |

## CERTIFICATE OF COMPLIANCE

The undersigned certifies that a true copy of the below-listed discovery document(s) along with a copy of this notice was/were sealed in a postage prepaid envelope addressed as set forth below and deposited in the U.S. Mail or hand delivered at Peoria, Illinois on the 9th day of September, 2004.

DOCUMENT:     Rule 26(a)(1) Disclosures

TO:     Attorney Robert Golden
        Dowd & Dowd
        55 W. Wacker Dr. #1000
        Chicago, IL 60601-1699

                By:   s/ Chris Doscotch
                      Chris Doscotch Bar Number: 6224822
                      Attorney for Steve Homan, Plaintiff
                      Janssen Law Center
                      333 Main Street
                      Peoria, IL 61602
                      Telephone: (309) 676-2341
                      Fax: (309) 676-7678
                      E-mail: golden_gobbler@yahoo.com