E-FILED
Thursday, 09 September, 2004  04:30:54 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| STEVE HOMAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 04-3081 |
| ) | JURY DEMAND |
| SCHNEIDER NATIONAL CARRIERS, ) | |
| INC., a Nevada Corporation, ) | |
| ) | |
| Defendant. ) | |

## AMENDED CERTIFICATE OF COMPLIANCE

The undersigned certifies that a true copy of the below-listed discovery document(s) along with a copy of this notice was/were sealed in a postage prepaid envelope addressed as set forth below and deposited in the U.S. Mail or hand delivered at Peoria, Illinois on the 9th day of September, 2004.

DOCUMENT:     Rule 26(a)(1) Disclosures

TO:     Attorney Robert Golden
        Dowd & Dowd
        55 W. Wacker Dr. #1000
        Chicago, IL 60601-1699

By:     s/ Chris Doscotch
        Chris Doscotch Bar Number: 6224822
        Attorney for Steve Homan, Plaintiff
        Janssen Law Center
        333 Main Street
        Peoria, IL 61602
        Telephone: (309) 676-2341
        Fax: (309) 676-7678
        E-mail: golden_gobbler@yahoo.com