E-FILED
Tuesday, 05 October, 2004  09:43:01 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| STEVEN HOMAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 04-3081 |
| | ) | |
| SCHNEIDER NATIONAL CARRIERS, | ) | |
| INC., a Nevada Corporation, | ) | |
| | ) | |
| Defendant. | ) | |

### NOTICE OF TAKING EVIDENCE DEPOSITION

TO:   Mr. Brian Kinzer, c/o Robert Golden, Dowd & Dowd, 617 West Fulton Street, Chicago, Illinois 60661

Alliance Reporting Service, 6746 Frostwood Parkway, Peoria, Illinois 61615

YOU AND EACH OF YOU WILL HEREBY TAKE NOTICE that on **Thursday, October 28, 2004 at 1:00 p.m.** at Collins & Johnson, P.C., 177 W. Lincoln Ave., Lewistown, Illinois 61542, the Plaintiff will take the deposition of BRIAN KINZER for evidence pursuant to Supreme Court Rule 206 and other applicable rules and statutes; that said depositions will be taken on oral interrogatories before Alliance Reporting, Certified Court Reporters, or any other officer authorized by law to take depositions in like cases, at which time and place the said  is requested to appear for said deposition.

DATED this 5th day of October, 2004.

STEVEN HOMAN, Plaintiff


By:   s/Chris Doscotch_____
JANSSEN LAW CENTER

Chris Doscotch
JANSSEN LAW CENTER
333 Main Street
Peoria, IL 61602
(309) 676-2341
(309) 676-7678 – Fax No.