IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| STEVEN HOMAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 04-3081 |
| | ) | |
| SCHNEIDER NATIONAL CARRIERS, | ) | |
| INC., a Nevada Corporation, | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF TAKING EVIDENCE DEPOSITION**

TO:   Officer Clay Doan, Badge #001, Adams County Sheriff's Department, 521 Vermont Street, Quincy, IL 62031

Robert Golden, Dowd & Dowd Ltd., Attorneys at Law, 617 W. Fulton, Chicago, IL 60661

Capital Reporting, 2021 Timberbrook Drive, Springfield, IL 62702

YOU AND EACH OF YOU WILL HEREBY TAKE NOTICE that on **Friday, October 29, 2004 at 10:30 a.m.** at Fairfield Inn, East Lake Room, 4315 Broadway, Quincy, IL, the Plaintiff will take the deposition of Officer Clay Doan for evidence pursuant to Supreme Court Rule 206 and other applicable rules and statutes; that said depositions will be taken on oral interrogatories before Alliance Reporting, Certified Court Reporters, or any other officer authorized by law to take depositions in like cases, at which time and place the said is requested to appear for said deposition.

DATED this 6th day of October, 2004.

STEVEN HOMAN, Plaintiff

By:   s/Chris Doscotch_____
JANSSEN LAW CENTER

Chris Doscotch
JANSSEN LAW CENTER
333 Main Street
Peoria, IL 61602
(309) 676-2341
(309) 676-7678 – Fax No.