IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| STEVEN HOMAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 04-3081 |
| | ) |
| SCHNEIDER NATIONAL CARRIERS, | ) |
| INC., a Nevada Corporation, | ) |
| | ) |
| Defendant. | ) |

**NOTICE OF TAKING DEPOSITION**

TO:   Dr. Chris Bieniek, Midwest Orthopedic Specialists, 188 Medical Drive, Hannibal, MO 63401

Robert Golden, Dowd & Dowd, 617 West Fulton Street, Chicago, Illinois 60661

Capital Reporting, 2021 Timberbrook Drive, Springfield, Illinois 62702

YOU AND EACH OF YOU WILL HEREBY TAKE NOTICE that on **Wednesday, January 5, 2005 at 4:00 p.m.** at the office of Dr. Chris Bieniek, Midwest Orthopedic Specialists, 188 Medical Drive, Hannibal, MO 63401, the Plaintiff will take the deposition of DR. CHRIS BIENIEK pursuant to Supreme Court Rule 206 and other applicable rules and statutes; that said depositions will be taken on oral interrogatories before Capital Reporting, Certified Court Reporters, or any other officer authorized by law to take depositions in like cases, at which time and place the said is requested to appear for said deposition.

DATED this 4th day of November, 2004.

STEVEN HOMAN, Plaintiff

By:    s/Chris Doscotch_____
JANSSEN LAW CENTER

Chris Doscotch
JANSSEN LAW CENTER
333 Main Street
Peoria, IL 61602
(309) 676-2341
(309) 676-7678 – Fax No.