IN THE UNITED STATES DISTRICT COURT  
FOR THE CENTRAL DISTRICT OF ILLINOIS  
SPRINGFIELD DIVISION

| | |
|---|---|
| STEVEN HOMAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )  Case No. 04-3081 |
| | ) |
| SCHNEIDER NATIONAL CARRIERS, | ) |
| INC., a Nevada Corporation, | ) |
| | ) |
| Defendant. | ) |

**NOTICE OF TAKING DEPOSITION**

TO:  Dr. Mark McAndrew, 800 N. Rutledge, Room D220, Springfield, IL 62702

Robert Golden, Dowd & Dowd, 617 West Fulton Street, Chicago, Illinois 60661

Capital Reporting, 2021 Timberbrook Drive, Springfield, Illinois 62702

YOU AND EACH OF YOU WILL HEREBY TAKE NOTICE that on **Wednesday, January 26, 2005 at 3:15 p.m.** at the office of Dr. Mark McAndrew, 800 N. Rutledge, Room D220, Springfield, IL 62702, the Plaintiff will take the deposition of DR. MARK MC ANDREW for evidence pursuant to Supreme Court Rule 206 and other applicable rules and statutes; that said depositions will be taken on oral interrogatories before Capital Reporting, Certified Court Reporters, or any other officer authorized by law to take depositions in like cases, at which time and place the said is requested to appear for said deposition.

DATED this 4th day of November, 2004.

STEVEN HOMAN, Plaintiff

By:  s/Chris Doscotch_____  
JANSSEN LAW CENTER

Chris Doscotch  
JANSSEN LAW CENTER  
333 Main Street  
Peoria, IL 61602  
(309) 676-2341  
(309) 676-7678 – Fax No.