E-FILED
Monday, 15 November, 2004  02:34:25 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| STEVEN HOMAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 04-3081 |
| ) | |
| SCHNEIDER NATIONAL CARRIERS, ) | |
| INC., a Nevada Corporation, ) | |
| ) | |
| Defendant. ) | |

**NOTICE OF TAKING DEPOSITION**

TO:   Dr. Walid Hafez, 1828 State, Quincy, IL 62301

Robert Golden, Dowd & Dowd, 617 West Fulton Street, Chicago, Illinois 60661

Capital Reporting, 2021 Timberbrook Drive, Springfield, Illinois 62702

YOU AND EACH OF YOU WILL HEREBY TAKE NOTICE that on **Monday, January 24, 2005 at 3:45 p.m.** at the office of Dr. Walid Hafez, 1828 State, Quincy, IL 62301, the Plaintiff will take the deposition of DR. WALID HAFEZ for evidence pursuant to Supreme Court Rule 206 and other applicable rules and statutes; that said depositions will be taken on oral interrogatories before Capital Reporting, Certified Court Reporters, or any other officer authorized by law to take depositions in like cases, at which time and place the said is requested to appear for said deposition.

DATED this 15th day of November, 2004.

STEVEN HOMAN, Plaintiff

By:   s/Chris Doscotch_____
JANSSEN LAW CENTER

Chris Doscotch
JANSSEN LAW CENTER
333 Main Street
Peoria, IL 61602
(309) 676-2341
(309) 676-7678 – Fax No.