IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| STEVE HOMAN,  )  )  Plaintiff,  )  )  vs.  )  )  SCHNEIDER NATIONAL CARRIERS,  )  INC., a Nevada Corporation,  )  )  Defendant.  )  | Case No. 04-3081  JURY DEMAND |

## CERTIFICATE OF SERVICE

The undersigned certifies that on December 8, 2004, a copy of the Notice to Take Depositions was served upon all concerned of record at their respective addresses by deposit in the US Mail.

By:  s/ Chris Doscotch
Chris Doscotch Bar Number: 6224822
Attorney for Steve Homan, Plaintiff
Janssen Law Center
333 Main Street
Peoria, IL 61602
Telephone: (309) 676-2341
Fax: (309) 676-7678
E-mail: golden_gobbler@yahoo.com