**E-FILED**
Tuesday, 04 January, 2005  11:19:38 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| STEVEN HOMAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 04-3081 |
| | ) | |
| SCHNEIDER NATIONAL CARRIERS, | ) | |
| INC., a Nevada Corporation, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF TAKING  DEPOSITION

TO:     Dr. Patrick Smith, Columbia Orthopedic Group, PO Box 0, Columbia, MO 62505

Robert Golden, Dowd & Dowd, 617 West Fulton Street, Chicago, Illinois 60661

Midwest Litigation Services, 714 W High Street, Jefferson City, MO 65109

YOU AND EACH OF YOU WILL HEREBY TAKE NOTICE that on **Friday, February 18, 2005 at 3:30 p.m.** at the office of Dr. Patrick Smith, Columbia Orthopedic Group, 400 Keene Street, Columbia, MO 65201, the Plaintiff will take the deposition of DR. PATRICK SMITH for evidence pursuant to Supreme Court Rule 206 and other applicable rules and statutes; that said depositions will be taken on oral interrogatories before Midwest Litigation Services, Certified Court Reporters, or any other officer authorized by law to take depositions in like cases, at which time and place the said  is requested to appear for said deposition.

DATED this 4th day of January, 2005.

STEVEN HOMAN, Plaintiff

By:     s/Chris Doscotch_____
JANSSEN LAW CENTER

Chris Doscotch
JANSSEN LAW CENTER
333 Main Street
Peoria, IL 61602
(309) 676-2341
(309) 676-7678 – Fax No.