E-FILED
Wednesday, 19 January, 2005  04:01:56 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF ILLINOIS – SPRINGFIELD DIVISION

| | |
|---|---|
| STEVE HOMAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 04-3081 |
| | ) |
| SCHNEIDER NATIONAL CARRIERS, INC., | ) |
| | ) |
| Defendant. | ) |

**MOTION TO EXTEND DISCOVERY AND SCHEDULING ORDER DATES AND CHANGE FINAL PRE-TRIAL AND TRIAL DATE**

NOW COME, the Plaintiff, STEVE HOMAN, by and through his attorney, CHRIS DOSCOTCH and the Janssen Law Center, and in support of said Motion states as follows:

1. To date, Plaintiff and Defendant have taken 9 depositions and have 4 additional depositions scheduled within the next month.

2. Plaintiff has had multiple injuries, including a fracture of the knee. At the time of the previous Scheduling Order, the medical opinion was that Mr. Homan would need a knee replacement, but as to that date, it was uncertain. The doctors were instructing Mr. Homan to hold off on a knee replacement as long as possible based on his age.

3. Mr. Homan has now been scheduled for a knee replacement surgery on February 3, 2005. Since Mr. Homan is having this significant surgery, his prognosis is now uncertain. A major issue in this case is going to be whether Mr. Homan will be able to work at his current capacity in the future for United Parcel Service. This will in large part depend upon the results of this surgery. It is anticipated that it will take Mr. Homan approximately 6 months to reach maximum medical improvement and determine his functional status. This medical information will be needed by Plaintiff's experts and Defendant's experts to come to final opinions regarding Mr. Homan's work ability and prognosis.

4. Based upon this recently scheduled surgery, Plaintiff, requests the Scheduling Order be modified as follows:

    1. Plaintiff to identify Experts and provide Rule 26 Reports 8/3/05
    2. Defendant to identify Experts and provide Rule 26 Reports 10/3/05
    3. All Discovery to be completed by 1/10/06
    4. All Dispositive Motions to be filed by 2/10/06
    5. A new Final Pre-Trial and Trial date to be set at the convenience of the Court.

5. The Plaintiff has consulted with Defendant, and Defendant has no objections to the above.

        Respectfully Submitted,

        STEVE HOMAN, Plaintiff

        By: s/Chris Doscotch
        JANSSEN LAW CENTER

Chris Doscotch
JANSSEN LAW CENTER
333 Main Street
Peoria, IL 61602
(309) 676-2341
(309) 676-7678 – Fax No.