E-FILED
Friday, 21 January, 2005  09:11:05 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF ILLINOIS -- SPRINGFIELD DIVISION

| | | |
|---|---|---|
| STEVE HOMAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NO. 04-3081 |
| | ) | |
| SCHNEIDER NATIONAL CARRIERS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

AMENDED SCHEDULING ORDER

Pursuant to Plaintiff's Motion to Extend Discovery and Scheduling Order Dates and Change Final Pre-trial and Trial Date (d/e 33) being GRANTED, the scheduling is amended as follows:

TIME LIMITS AND SETTINGS ARE ORDERED AS FOLLOWS:

1. No motions to join other parties and to amend the pleadings to be filed.

2. January 10, 2006, to complete all discovery.
   Any written discovery served subsequent to the date of this Order to be served by a date that allows the served party the full 30 days provided by the Federal Rules of Civil Procedure in which to comply before January 10, 2006..

3. February 10, 2006, to file dispositive motions.
   No dispositive motions filed after February 10, 2006, will be considered by the Court.

4. May 19, 2006, at 10:00 a.m. for a Final Pre-trial Conference.  All Motions in Limine to be filed per Local Rule 16.1 (E) (8).

5. June 5, 2006, at 9:00 a.m. for trial on the trailing trial calendar.

      6.    <u>August 3, 2005</u>, for all plaintiffs to identify testifying experts and provide Rule 26 reports.

          <u>October 3, 2005</u>, for all defendants to identify testifying experts and provide Rule 26 reports.
(NOTE: This includes treating physicians and all other witnesses, medical and non-medical.)

NOTE:   A CONTINUANCE OF THE TRIAL DATE AND/OR FINAL PRE-TRIAL DATE, DOES <u>NOT</u> ALTER OR EXTEND ANY OF THE OTHER ABOVE DATES.

ANY CONFLICTS BETWEEN THE SCHEDULING ORDER AND THE PROPOSED DISCOVERY PLAN SHALL BE CONTROLLED BY THE SCHEDULING ORDER.

ENTERED:   January 20, 2005.

COPIES MAILED TO:   ALL ATTORNEYS OF RECORD.

                                          s/Charles H. Evans
                                        CHARLES H. EVANS
                                    United States Magistrate Judge