IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| STEVEN HOMAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 04-3081 |
| ) | |
| SCHNEIDER NATIONAL CARRIERS, ) | |
| INC., a Nevada Corporation, ) | |
| ) | |
| Defendant. ) | |

**Disclosure Pursuant to Rule 26 Federal Rules of Civil Procedure**
**Notice of Compliance Rule 26(a)(2)**

You are hereby notified that the Plaintiff, STEVE HOMAN, has complied with Rule 26(a)(2) in disclosing Dr. James R. Hubler as an expert.

STEVEN HOMAN, Plaintiff

By:    s/Chris Doscotch_____
JANSSEN LAW CENTER

Chris Doscotch
JANSSEN LAW CENTER
333 Main Street
Peoria, IL 61602
(309) 676-2341
(309) 676-7678 – Fax No.