**E-FILED**
Thursday, 07 July, 2005  09:05:41 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| STEVE HOMAN, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>SCHNEIDER NATIONAL CARRIERS, )<br>INC., a Nevada Corporation, )<br>)<br>Defendant. ) | Case No. 04-3081<br>JURY DEMAND |

## CERTIFICATE OF SERVICE

The undersigned certifies that on September 9, 2004, a copy of the Certificate of Compliance and Rule 26(a)(2) Disclosures was served upon all concerned of record at their respective addresses by deposit in the US Mail.

By:     s/ Chris Doscotch
Chris Doscotch Bar Number: 6224822
Attorney for Steve Homan, Plaintiff
Janssen Law Center
333 Main Street
Peoria, IL 61602
Telephone: (309) 676-2341
Fax: (309) 676-7678
E-mail: golden_gobbler@yahoo.com