IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| STEVEN HOMAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 04-3081 |
| | ) |
| SCHNEIDER NATIONAL CARRIERS, | ) |
| INC., a Nevada Corporation, | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF TAKING DEPOSITION

TO:   Mr. Steve Blumenthal, P.O. Box 158, Downers Grove, IL 60515-0158

Robert Golden, Dowd & Dowd, 617 West Fulton Street, Chicago, Illinois 60661

Alliance Reporting Service, 6746 N. Frostwood Parkway, Peoria, IL 61615

YOU AND EACH OF YOU WILL HEREBY TAKE NOTICE that on **Thursday, September 8, 2005 at 11:00 a.m.** at the office of Janssen Law Center, 333 Main Street, Peoria, IL 61602, the Plaintiff will take the deposition of STEVE BLUMENTHAL for evidence pursuant to Supreme Court Rule 206 and other applicable rules and statutes; that said depositions will be taken on oral interrogatories before Alliance Reporting, Certified Court Reporters, or any other officer authorized by law to take depositions in like cases, at which time and place the said STEVE BLUMENTHAL is requested to appear for said deposition.

DATED this 16th day of August, 2005

STEVEN HOMAN, Plaintiff

By:   s/Chris Doscotch_____
JANSSEN LAW CENTER

Chris Doscotch
JANSSEN LAW CENTER
333 Main Street
Peoria, IL 61602
(309) 676-2341
(309) 676-7678 – Fax No.