E-FILED
Tuesday, 16 August, 2005  11:22:06 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| STEVEN HOMAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 04-3081 |
| | ) | |
| SCHNEIDER NATIONAL CARRIERS, | ) | |
| INC., a Nevada Corporation, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF TAKING  DEPOSITION

TO:    Dr. James Hubler, 1504 Timber Rail, Washington, IL 61571

Robert Golden, Dowd & Dowd, 617 West Fulton Street, Chicago, Illinois 60661

Alliance Reporting Service, 6746 N. Frostwood Parkway, Peoria, IL 61615


YOU AND EACH OF YOU WILL HEREBY TAKE NOTICE that on **Tuesday, August 30, 2005 at 10:00 a.m.** at the office of Janssen Law Center, 333 Main Street, Peoria, IL  61602, the Plaintiff will take the deposition of DR.  JAMES HUBLER for evidence pursuant to Supreme Court Rule 206 and other applicable rules and statutes; that said depositions will be taken on oral interrogatories before Alliance Reporting, Certified Court Reporters, or any other officer authorized by law to take depositions in like cases, at which time and place the said DR.  JAMES HUBLER  is requested to appear for said deposition.

DATED this 16th day of August, 2005

STEVEN HOMAN, Plaintiff


By:    s/Chris Doscotch_____
JANSSEN LAW CENTER

Chris Doscotch
JANSSEN LAW CENTER
333 Main Street
Peoria, IL 61602
(309) 676-2341
(309) 676-7678 – Fax No.