E-FILED
Tuesday, 16 August, 2005  11:22:13 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| STEVE HOMAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 04-3081 |
| ) | JURY DEMAND |
| SCHNEIDER NATIONAL CARRIERS, ) | |
| INC., a Nevada Corporation, ) | |
| ) | |
| Defendant. ) | |

# CERTIFICATE OF SERVICE

The undersigned certifies that on August 16, 2005, a copy of the Notice of Depositions for Dr. James Hubler, Professor Charles Linke and Steve Blumenthal was served upon all concerned of record at their respective addresses by deposit in the US Mail.

By:   s/ Chris Doscotch
Chris Doscotch Bar Number: 6224822
Attorney for Steve Homan, Plaintiff
Janssen Law Center
333 Main Street
Peoria, IL 61602
Telephone: (309) 676-2341
Fax: (309) 676-7678
E-mail: golden_gobbler@yahoo.com