IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| STEVEN HOMAN, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 04-3081 |
| SCHNEIDER NATIONAL CARRIERS, INC., a Nevada Corporation, | ) |
| Defendant. | ) |

### REVISED NOTICE OF TAKING DEPOSITION

TO:   Professor Charles Linke, 1806 Bentbrook Drive, Champaign, IL 61822

Robert Golden, Dowd & Dowd, 617 West Fulton Street, Chicago, Illinois 60661

Alliance Reporting Service, 6746 N. Frostwood Parkway, Peoria, IL 61615

YOU AND EACH OF YOU WILL HEREBY TAKE NOTICE that on **Tuesday, September 20, 2005 at 10:00 a.m.** at the office of Janssen Law Center, 333 Main Street, Peoria, IL 61602, the Plaintiff will take the deposition of PROFESSOR CHARLES LINKE for evidence pursuant to Supreme Court Rule 206 and other applicable rules and statutes; that said depositions will be taken on oral interrogatories before Alliance Reporting, Certified Court Reporters, or any other officer authorized by law to take depositions in like cases, at which time and place the said PROFESSOR CHARLES LINKE is requested to appear for said deposition.

DATED this 7th day of September, 2005

STEVEN HOMAN, Plaintiff

By:   s/Chris Doscotch_____
JANSSEN LAW CENTER

Chris Doscotch
JANSSEN LAW CENTER
333 Main Street
Peoria, IL 61602
(309) 676-2341
(309) 676-7678 – Fax No.

*previously scheduled for September 15, 2005 at 10:00 a.m.