RJG/cv                                                                                          5409-24363

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| STEVEN HOMAN, | ) |
| Plaintiff, | ) |
| v. | ) No. 04 3081 |
| SCHNEIDER NATIONAL CARRIERS, INC., a Nevada Corporation, | ) |
| Defendant. | ) |

### CERTIFICATE OF SERVICE

The undersigned, being first duly sworn upon oath, depose, and say that I caused to be served defendant's Disclosure Pursuant to Rule 26 Federal Rules of Civil Procedure by e-filing and mailing to:

JANSSEN LAW CENTER
333 Main Street
Peoria, IL 61602

Attn:  Chris Doscotch

on the 30th day of September, 2005.

_____

SUBSCRIBED and SWORN to before me on this 30th day of September, 2005.

_____
Notary Public

DOWD & DOWD, Ltd.
ATTORNEYS AT LAW
617 WEST FULTON STREET
CHICAGO, IL 60661
(312) 704-4400