**E-FILED**
Friday, 30 September, 2005  04:05:35 PM
Clerk, U.S. District Court, ILCD

RJG/cv                                                                        5409-24363

## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
## SPRINGFIELD DIVISION

| | |
|---|---|
| STEVEN HOMAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 04 3081 |
| | ) |
| SCHNEIDER NATIONAL CARRIERS, INC., | ) |
| a Nevada Corporation, | ) |
| | ) |
| Defendant. | ) |

## DISCLOSURE PURSUANT TO RULE 26 FEDERAL RULES OF CIVIL PROCEDURE

You are hereby notified that the defendant, SCHNEIDER NATIONAL CARRIERS, INC.,

in accordance with 26(a)(2), is disclosing J. Stephen Dolan as an expert witness in this cause. Per

agreement of the parties, J. Stephen Dolan's report will be tendered to plaintiff's counsel on or

before October 27, 2005.


_____
DOWD & DOWD, LTD.
Attorneys for Defendant
Schneider National Carriers, Inc.


Robert J. Golden
DOWD & DOWD, LTD.
617 West Fulton Street
Chicago, IL 60661
(312) 704-4400
(312) 704-4500 fax