RJG/cv                                                   5409-24363

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| STEVEN HOMAN, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 04 3081 |
| SCHNEIDER NATIONAL CARRIERS, INC., a Nevada Corporation, | ) ) ) ) |
| Defendant. | ) |

**DISCLOSURE PURSUANT TO RULE 26 FEDERAL RULES OF CIVIL PROCEDURE**

You are hereby notified that the defendant, SCHNEIDER NATIONAL CARRIERS, INC., in accordance with 26(a)(2), is disclosing Stan Smith as an expert witness in this cause. Per agreement of the parties, Stan Smtih's report will be tendered to plaintiff's counsel on or before October 27, 2005.

DOWD & DOWD, LTD.
Attorneys for Defendant
Schneider National Carriers, Inc.

Robert J. Golden
DOWD & DOWD, LTD.
617 West Fulton Street
Chicago, IL 60661
(312) 704-4400
(312) 704-4500 fax