E-FILED
Friday, 30 September, 2005 05:17:31 PM
Clerk, U.S. District Court, ILCD

RJG/cv                                                                                                 5409-24363

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| STEVEN HOMAN, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
|     v. | ) No. 04 3081 |
| | ) |
| SCHNEIDER NATIONAL CARRIERS, INC., | ) |
| a Nevada Corporation, | ) |
| | ) |
|     Defendant. | ) |

## CERTIFICATE OF SERVICE

The undersigned, being first duly sworn upon oath, depose, and say that I caused to be served defendant's Disclosure Pursuant to Rule 26 Federal Rules of Civil Procedure by e-filing and mailing to:

    JANSSEN LAW CENTER
    333 Main Street
    Peoria, IL 61602

    Attn:   Chris Doscotch

on the 30th day of September, 2005.

                                                                                _____

SUBSCRIBED and SWORN to before me on
this 30th day of September, 2005.

_____
    Notary Public

JANSSEN LAW CENTER
333 Main Street
Peoria, IL 61602

Attn:   Chris Doscotch