RJG/cv                                                                                  5409-24363

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| STEVEN HOMAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 04 3081 |
| | ) |
| SCHNEIDER NATIONAL CARRIERS, INC., | ) |
| a Nevada Corporation, | ) |
| | ) |
| Defendant. | ) |

**DISCLOSURE PURSUANT TO RULE 26 FEDERAL RULES OF CIVIL PROCEDURE**
**NOTICE OF COMPLIANCE RULE 26(a)(2)**

You are hereby notified that the defendant, SCHNEIDER NATIONAL CARRIERS, INC., has complied with Rule 26(a)(2) in disclosing Henry Lipian as an expert.

                                                    s/Robert J. Golden
                                                    DOWD & DOWD, LTD.
                                                    Attorneys for Defendant
                                                    Schneider National Carriers, Inc.

Robert J. Golden
DOWD & DOWD, LTD.
617 West Fulton Street
Chicago, IL 60661
(312) 704-4400
(312) 704-4500 fax