E-FILED
Wednesday, 29 March, 2006 02:38:07 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| STEVEN HOMAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 04 3081 |
| | ) |
| SCHNEIDER NATIONAL CARRIERS, INC., | ) |
| a Nevada Corporation, | ) |
| | ) |
| Defendant. | ) |

## MOTION TO DISMISS

NOW COMES the defendant, SCHNEIDER NATIONAL CARRIERS, INC., by and through their attorneys herein, DOWD & DOWD, LTD., moving this honorable Court for entry of a case dismissal order, all matters in controversy having been compromised, settled and adjudicated.

Respectfully submitted,

DOWD & DOWD, LTD.

BY: _____
Attorneys for defendant,
SCHNEIDER NATIONAL CARRIERS, INC

DOWD & DOWD, LTD.
617 West Fulton
Chicago, IL 60661
(312) 704-4400