IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| STEVEN HOMAN, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 04 3081 ) |
| SCHNEIDER NATIONAL CARRIERS, INC., a Nevada Corporation, | ) ) ) ) |
| Defendant. | ) |

## STIPULATION TO DISMISS ACTION

It is hereby stipulated and agreed by and between the plaintiff and the defendants, to the above entitled action, through their respective attorneys, that said action be dismissed with prejudice and without costs to any party, all costs having been paid and these matters in controversy having been compromised, settled and adjudicated.

JANSSEN LAW CENTER

By: _____
Attorney for the plaintiff
STEVE HOMAN


DOWD & DOWD, LTD.

By: _____
Attorney for Defendant
SCHNEIDER NATIONAL CARRIERS, INC.