IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| STEVEN HOMAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 04 3081 |
| | ) |
| SCHNEIDER NATIONAL CARRIERS, INC., | ) |
| a Nevada Corporation, | ) |
| | ) |
| Defendant. | ) |

### DISMISSAL ORDER

THIS CAUSE COMING ON TO BE HEARD by the parties hereto to dismiss the captioned action with prejudice and without costs to any party, and this Honorable Court being fully advised in the premises,

IT IS HEREBY ORDERED that this cause be and the same is dismissed with prejudice and without costs to any party, all costs having been paid and the matter in controversy having been compromised, settled and adjudicated.

Entered: _____

_____   _____
Judge No.                  Judge

DOWD & DOWD, LTD.
617 West Fulton
Chicago, IL 60661
(312) 704-4400