E-FILED
Wednesday, 29 March, 2006  02:39:06 PM
Clerk, U.S. District Court, ILCD

## CERTIFICATE OF SERVICE

I, an attorney, state that the notice of filing Defendant's Motion to Dismiss and Stipulation to Dismiss Action was served electronically to all law firms of record via ECF on March 29, 2006.

By:  /s/ Robert J. Golden
      Attorney for Defendants

Dowd & Dowd, Ltd.
617 W. Fulton Street
Chicago, IL  60661
Tx:  312/704-4400
Fx:  312/704-4500